The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurance company,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PRECISION INDUSTRIAL CONTRACTORS, INC. a Washington Corporation, and MAPLEHURST BAKERIES, LLC, a Indiana limited liability corporation.<br><br>　　　　　　　　Defendants. | No. 3:21-CV-05805<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>**Note for Motion: June 21, 2022**<br><br>(Clerk's Action Required) |

## I.　　STIPULATION

COMES NOW Plaintiff, Travelers Property Casualty Company of America, and Defendant, Precision Industrial Contractors, Inc. and Maple Hurst Bakeries, LLC, by and through their attorneys of record agree and stipulate that Defendant should be dismissed with prejudice and without fees or costs to any party.

STIPULATION AND PROPOSED ORDER OF DISMISSAL – 1

1

2   DATED this 21st day of June, 2022.                    DATED this 21st day of June, 2022.

3   LETHER LAW GROUP                                      MILLER NASH LLP

4

5   */s/ Thomas Lether*
    Thomas Lether, WSBA #18089                            */s/ Seth Row*
    Eric J. Neal, WSBA #31863                             Seth H. Row
6   1848 Westlake Ave. N., Ste. 100                       Miller Nash LLP
    Seattle, WA 98109                                     111 SW 5th Avenue, Suite 3400
7   tlether@letherlaw.com                                 Portland, OR 97204
    eneal@letherlaw.com                                   T: 503.224.5858
8   *Attorneys for Travelers Property Casualty*           seth.row@millernash.com
    *Company of America*                                  *Counsel for Precision Industrial*
                                                          *Contractors, Inc.*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND PROPOSED ORDER OF DISMISSAL – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

4895-9956-8409.1

## I. ORDER OF DISMISSAL

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That Defendants Precision Industrial Contractors, Inc. and MapleHurst Bakeries, LLC, are hereby dismissed with prejudice;

2. This dismissal is effectuated without an award of fees or costs to any party.

DONE IN OPEN COURT this ___ day of June, 2022.

_____
Judge/Commissioner

STIPULATION AND PROPOSED ORDER OF DISMISSAL – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544
4895-9956-8409.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Seth H. Row
Miller Nash LLP
111 SW 5th Avenue, Suite 3400
Portland, OR 97204
T: 503.224.5858
seth.row@millernash.com
*Counsel for Precision Industrial Contractors, Inc.*

**By:**       [] Email                    [X] ECF System            [ ] Legal Messenger

Dated this 21st day of June, 2022, at Seattle, Washington.

*/s/ Jessica Bowman*
Jessica Bowman | Paralegal

STIPULATION AND PROPOSED ORDER OF DISMISSAL – 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

4895-9956-8409.1