The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION INDUSTRIAL CONTRACTORS, INC. a Washington Corporation, and MAPLEHURST BAKERIES, LLC, a Indiana limited liability corporation.<br><br>Defendants. | No. 3:21-CV-05805<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>**Note for Motion: June 21, 2022**<br><br>(Clerk's Action Required) |

### I.   STIPULATION

COMES NOW Plaintiff, Travelers Property Casualty Company of America, and Defendant, Precision Industrial Contractors, Inc. and Maple Hurst Bakeries, LLC, by and through their attorneys of record agree and stipulate that Defendant should be dismissed with prejudice and without fees or costs to any party.

STIPULATION AND ORDER OF DISMISSAL – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544
4895-9956-8409.1

1

2  DATED this 21st day of June, 2022.                    DATED this 21st day of June, 2022.

3  LETHER LAW GROUP                                       MILLER NASH LLP

4

5  */s/ Thomas Lether*                                    */s/ Seth Row*
   Thomas Lether, WSBA #18089                             Seth H. Row
   Eric J. Neal, WSBA #31863                              Miller Nash LLP
6  1848 Westlake Ave. N., Ste. 100                        111 SW 5th Avenue, Suite 3400
   Seattle, WA 98109                                      Portland, OR 97204
7  tlether@letherlaw.com                                  T: 503.224.5858
   eneal@letherlaw.com                                    seth.row@millernash.com
8  *Attorneys for Travelers Property Casualty*            *Counsel for Precision Industrial*
   *Company of America*                                   *Contractors, Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER OF DISMISSAL – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

4895-9956-8409.1

## I. ORDER OF DISMISSAL

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That Defendants Precision Industrial Contractors, Inc. and MapleHurst Bakeries, LLC, are hereby dismissed with prejudice;

2. This dismissal is effectuated without an award of fees or costs to any party.

DONE IN OPEN COURT this 21st day of June, 2022.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

STIPULATION AND ORDER OF DISMISSAL – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

4895-9956-8409.1